167 So. 327

## In re OPINION OF THE JUSTICES.

### No. 40.

Supreme Court of Alabama.

April 16, 1936.

To the Honorable Lieutenant Governor and Members of the Senate of Alabama:

Sirs:

The two-thirds vote required by section 76 of the Constitution for the passage of a bill embodying legislation on a subject not designated in the Governor's call for a special session applies to the final action in each House on the proposed law. Hence, if H. B. 180 be amended in the Senate, a concurrence by the House would require a two-thirds vote by yeas and nays entered on the journal as provided by section 64 of the Constitution.

An amendment in the form of a substitute bill would be subject to the same rule. If the House concurs in Senate amendments by such two-thirds vote, it is not necessary that the House again vote on the amended bill as a whole. Brandon, Auditor, v. Askew, Solicitor, 172 Ala. 160, 54 So. 605.

If the bill goes to a conference committee, the bill, as reported by that committee, must be passed by a like vote in each House, unless the bill, as reported by the conference committee, is the same bill in all respects as that already passed by one House. In such event, it would only be necessary for the bill, as reported by the conference committee, to be passed by the

same two-thirds vote in the other House. Board of Revenue of Jefferson County et al. v. Crow, 141 Ala. 126, 37 So. 469.

JOHN C. ANDERSON
Chief Justice
LUCIEN D. GARDNER
WILLIAM H. THOMAS
VIRGIL BOULDIN
JOEL B. BROWN
A. B. FOSTER
THOMAS E. KNIGHT
Associate Justices.